Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| | | |
|---|---|---|
| FAUSTINO XAVIER BETANCOURT COLÓN<br><br>Recurrido<br><br>v.<br><br>CONDADO BUSINESS GROUP CORP.<br><br>Peticionarios | KLCE202301291 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de San Juan<br><br>Caso Número: SJ2023CV07938<br><br>Sobre: Petición de Orden |

Panel integrado por su presidente, el Juez Sánchez Ramos, el Juez Marrero Guerrero y la Jueza Prats Palerm.

*Prats Palerm, Jueza Ponente.*

## RESOLUCIÓN

En San Juan, Puerto Rico, a 23 de enero de 2024.

Comparece ante nos CONDADO BUSINESS GROUP, CORP. (en adelante "Condado" o parte peticionaria) y solicita que revoquemos una *Resolución* emitida por el Tribunal de Primera Instancia, Sala Superior de San Juan (TPI o foro primario) el 3 de noviembre de 2023, notificada el mismo día. Mediante el referido dictamen, el TPI declaró No Ha Lugar una Reconsideración para levantarle la anotación de rebeldía a Condado.

Luego de examinar los méritos del recurso ante nos, entendemos procedente no intervenir con la decisión recurrida. Si bien este foro apelativo no está obligado a fundamentar su determinación al denegar la expedición de un recurso discrecional,[1] lo cierto es que este Tribunal ha tomado conocimiento judicial de que el TPI dictó Sentencia de Desistimiento con perjuicio el pasado 18 de enero de 2024, notificada el mismo día, por lo que el recurso ante nuestra consideración se ha convertido en uno Académico, haciendo innecesaria nuestra intervención.

---

[1] 32 LPRA Ap. V, R. 52.1.

Basado en lo anterior, *denegamos* la expedición del auto de *Certiorari* ante nuestra consideración por academicidad.

**Notifíquese.**

Lo acuerda y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones